[No. 30168-1-III.   Division Three.   October 2, 2012.]

THE STATE OF WASHINGTON, *Appellant*, v. CHARLES ROBERT TUCKER, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-1-03799-4, Jerome J. Leveque, J., entered July 18, 2011. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney and Brown, JJ.

[No. 41497-0-II.   Division Two.   October 3, 2012.]

ARTHUR WEST, *Appellant*, v. DICK MARZANO ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-2-01357-5, Paula Casey and Anne Hirsch, JJ., entered February 4, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[Nos. 29168-5-III; 29183-9-III.   Division Three.   October 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN DEE WENZ, *Appellant*.

Appeals from a judgment of the Superior Court for Grant County, No. 08-1-00488-3, John M. Antosz, J., entered June 1, 2010. *Reversed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Sweeney, J.

[No. 29930-9-III.   Division Three.   October 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTHONY WILLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 10-1-00268-8, John D. Knodell III, J., entered May 17, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Kulik, JJ.